AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waldor, Cathy L. | US District Court, New Jersey | 06/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US District Court
50 Walnut Street
MLK Building
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Rex Vinegar Company - self employed business executive |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. (H) Brokerage Account #1 (44) | | | | | | | | | |
| 2. Clearbridge Tactical Dividend Income Fund Cl C | C | Dividend | L | T | | | | | |
| 3. Gugenheim Small Cap Value Fund Cl C | C | Dividend | K | T | | | | | |
| 4. Mainstay Epoch Global Equity Yield Cl C | C | Dividend | L | T | | | | | |
| 5. Principal Investors Preferred Securities Fund Cl C | B | Dividend | | | Sold | 10/26/18 | K | | |
| 6. Franklin Templeton Income Fund Cl C | C | Dividend | L | T | | | | | |
| 7. Thornburg Income Builder Cl C | C | Dividend | L | T | | | | | |
| 8. Vaneck Vectors High Yield Muni ETF | B | Dividend | K | T | | | | | |
| 9. (H) AIG Sun America Polaris Choice IV Variable Annuity (X) | | | | | | | | | |
| 10. - SA VCP Dynamic Allocation Portfolio | | None | L | T | | | | | |
| 11. - SA VCP Dynamic Strategy Portfolio | | None | L | T | | | | | |
| 12. - Secure Value Account | | None | K | T | | | | | |
| 13. (H) Brighthouse Life Ins Co Series L Variable Annuity (X) | | | | | | | | | |
| 14. - American Funds Growth Portfolio | | None | K | T | | | | | |
| 15. - Baililie Gifford International Stock Portfolio | | None | K | T | | | | | |
| 16. - BH Small Cap Value Portfolio | | None | J | T | | | | | |
| 17. - Invesco Small Cap Growth Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JP Morgan Core Bond Portfolio | | None | K | T | | | | | |
| 19. - MetLife Stock Index Portfolio | | None | K | T | | | | | |
| 20. - MFS Value Portfolio B | | None | J | T | | | | | |
| 21. - PIMCO Total Return Portfolio B | | None | K | T | | | | | |
| 22. - T Rowe Price Mid Cap Growth Portfolio B | | None | J | T | | | | | |
| 23. - VanEck Global Natural Resources B | | None | J | T | | | | | |
| 24. American Funds Income Fund of America C | D | Dividend | | | Sold | 12/20/18 | M | | |
| 25. Eaton Vance R Bernstein All Asset Strategy Fund C | B | Dividend | L | T | | | | | |
| 26. Janus Henderson Balanced Fund C | C | Dividend | L | T | | | | | |
| 27. JP Morgan Income Builder Class C (X) | B | Dividend | K | T | | | | | |
| 28. Mainstay High Yield Muni Bond Fund Cl C | C | Dividend | M | T | | | | | |
| 29. Principal Small Cap Dividend Income Fund C | D | Dividend | K | T | Sold (part) | 12/20/18 | K | | |
| 30. AIG Focused Dividend Strategy Fund C | B | Dividend | K | T | | | | | |
| 31. Cohen & Steers Preferred Sec & Inc Fund Cl C | C | Dividend | K | T | Sold (part) | 12/20/18 | K | | |
| 32. Mainstay Funds Tax Free Bond Cl A | D | Dividend | N | T | | | | | |
| 33. Nuveen Large Cap Value Fund Cl C | D | Dividend | | | Sold (part) | 12/19/18 | K | | |
| 34. | | | | | Sold | 12/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen Large Cap Core Fund Cl C | E | Dividend | N | T | Buy (add'l) | 12/19/18 | K | | |
| 36. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 37. Principal Global Diversified Income Fund Cl C | B | Dividend | L | T | | | | | |
| 38. Putman Multi-Cap Core Fd Cl C (X) | A | Dividend | M | T | | | | | |
| 39. (H) Transamerica Life Insurance Co B-Share - Variable Annuity (X) | | | | | | | | | |
| 40. - Fidelity - VIP Contrafund Portfolio | | None | K | T | | | | | |
| 41. - TA Janus Balanced | | None | K | T | | | | | |
| 42. - TA Managed Risk - Growth ETF | | None | L | T | | | | | |
| 43. - American Funds Growth Fund | | None | K | T | | | | | |
| 44. - American Funds Growth - Income Fund | | None | K | T | | | | | |
| 45. Voya Floating Rate Fund Class C | C | Dividend | K | T | Sold (part) | 12/24/18 | K | | |
| 46. Dreyfus Active Mid Cap Fund Cl C | C | Dividend | | | Sold | 12/21/18 | K | | |
| 47. Janus Henderson Enterprise Fund Cl C (X) | D | Dividend | L | T | | | | | |
| 48. Nuveen High Income November 2021 | B | Dividend | | | Sold | 10/26/18 | K | | |
| 49. Units FT US EQ C/E Ser 19 | A | Dividend | | | Redeemed | 03/14/18 | K | B | |
| 50. Units FT US EQ C/E Ser 26 | B | Dividend | K | T | Buy | 03/14/18 | K | | |
| 51. UBS Bank UT US 3.5% Mat 10/30/20 Fixed Rate CD | A | Interest | L | T | Buy | 10/26/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Access Treas 0-1 Year ETF | | None | L | T | Buy | 12/20/18 | L | | |
| 53. Principal Blue Chip Fund Cl C | C | Dividend | L | T | Buy | 10/26/18 | K | | |
| 54. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 55. American Funds American Balanced Fd Cl C | | None | M | T | Buy | 12/20/18 | M | | |
| 56. Dreyfus Premier Equity Income Fd Cl C | | None | K | T | Buy | 12/21/18 | K | | |
| 57. | | | | | | | | | |
| 58. (H) Brokerage Account #2 (45) | | | | | | | | | |
| 59. iShares Trust Russell 2000 Index ETF | A | Dividend | K | T | | | | | |
| 60. iShares Trust Core S&P Mid Cap ETF | B | Dividend | L | T | | | | | |
| 61. iShares TIPS Bond ETF | A | Dividend | K | T | Sold (part) | 10/25/18 | J | | |
| 62. Vanguard Index Funds Vanguard Growth ETF | B | Dividend | M | T | | | | | |
| 63. Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 64. Vanguard Index Fund S&P 500 ETF | B | Dividend | L | T | | | | | |
| 65. Vanguard Divid Appreciation ETF | B | Dividend | M | T | | | | | |
| 66. Vanguard Mega Cap ETF | B | Dividend | M | T | | | | | |
| 67. Vaneck Vectors AMT-Free Short Municipal Index ETF | A | Dividend | K | T | | | | | |
| 68. Vaneck Vectors High Yield Municipal Index ETF | B | Dividend | L | T | Buy (add'l) | 06/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Trust Dorsey Wright FO ETF | A | Dividend | K | T | | | | | |
| 70. Principal Small Mid Cap Div Inst | D | Dividend | K | T | | | | | |
| 71. First Trust Preferred Security & Inc ETF | B | Dividend | K | T | | | | | |
| 72. Vaneck Vectors AMT-Free Inter ETF | A | Dividend | K | T | Buy (add'l) | 06/18/18 | K | | |
| 73. | | | | | Sold (part) | 10/25/18 | K | | |
| 74. Voya Floating Rate Fund CL I | B | Dividend | K | T | Sold (part) | 12/19/18 | K | | |
| 75. Wisdomtree Trust Small Cap Dividend Fund ETF | C | Dividend | L | T | | | | | |
| 76. First Trust Morningstar Div Leader Index Fund | A | Dividend | K | T | | | | | |
| 77. First Trust Value Line Divid Index Fund | A | Dividend | K | T | | | | | |
| 78. Goldman Sachs Active Beta US Large Cap Equity ETF | B | Dividend | L | T | | | | | |
| 79. Goldman Sachs Active Beta Emerging Markets Equity ETF | A | Dividend | | | Sold | 10/26/18 | K | | |
| 80. iShares Core US Aggregate Bond ETF | A | Dividend | | | Sold | 06/14/18 | J | | |
| 81. iShares EDGE MSCI Min Vol USA ETF | A | Dividend | J | T | | | | | |
| 82. SPDR Nuveen S&P High Yield Municipal Bond ETF | B | Dividend | L | T | | | | | |
| 83. Vanguard Financials ETF (X) | B | Dividend | L | T | Sold | 10/28/18 | L | | |
| 84. | | | | | Buy | 12/24/18 | K | | |
| 85. Vanguard Health Care ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Value ETF | A | Dividend | K | T | Buy (add'l) | 10/26/18 | K | | |
| 87. First Trust Dow Jones Internet Index Fund ETF | | None | L | T | Buy (add'l) | 02/08/18 | K | | |
| 88. First Trust SToxx European Select Divd Index Fund ETF | B | Dividend | J | T | Sold (part) | 08/03/18 | K | | |
| 89. | | | | | Sold (part) | 10/25/18 | J | | |
| 90. Blackrock Muniholdings NJ Quality Fund Inc. | A | Dividend | | | Sold (part) | 06/18/18 | K | | |
| 91. | | | | | Sold | 10/25/18 | J | | |
| 92. Wisdomtree Intl High Divid Fund ETF | B | Dividend | K | T | | | | | |
| 93. First Trust North American Energy Infrastructure Fund | | None | | | Sold | 02/08/18 | K | | |
| 94. Legg Mason Lo Vol Hi Div ETF | A | Dividend | | | Sold | 07/12/18 | J | | |
| 95. First Trust Managed Municipal ETF | B | Dividend | | | Sold | 10/25/18 | K | | |
| 96. Schwab US Mid-Cap ETF | A | Dividend | K | T | Buy | 08/03/18 | K | | |
| 97. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 98. iShares US Aerospace 7 Defense ETF | A | Dividend | | | Buy | 10/25/18 | K | | |
| 99. | | | | | Buy (add'l) | 10/26/18 | K | | |
| 100. | | | | | Sold | 12/20/18 | K | | |
| 101. SPDR S&P Aerospace & Defense ETF | A | Dividend | K | T | Buy | 12/20/18 | L | | |
| 102. Vanguard High Divid Yield ETF | A | Dividend | J | T | Buy | 07/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Franklin Short Duration US Govt ETF | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 104. Thornburg Limited Term Municipal Fund Cl I | A | Dividend | L | T | Buy | 10/25/18 | L | | |
| 105. iShares Core S&P Small-Cap ETF | | None | K | T | Buy | 12/19/18 | K | | |
| 106. Vanguard S&P Small-Cap 600 ETF | A | Dividend | | | Buy | 06/18/18 | K | | |
| 107. | | | | | Sold | 12/19/18 | K | | |
| 108. OSI ETF Trust OShares FTSE | A | Dividend | | | Buy | 06/19/18 | K | | |
| 109. | | | | | Sold | 12/19/18 | K | | |
| 110. Financial Select Sector SPDR Fund ETF | | None | | | Buy | 10/25/18 | L | | |
| 111. | | | | | Sold | 12/20/18 | L | | |
| 112. | | | | | | | | | |
| 113. (H) Brokerage Account #5 (51) | | | | | | | | | |
| 114. Principal MidCap Fund Class A | C | Dividend | K | T | | | | | |
| 115. Blackrock Basic Value Fund Cl A | C | Dividend | K | T | | | | | |
| 116. Blackrock Global Allocation Fund Inc Cl A | C | Dividend | L | T | | | | | |
| 117. Franklin Mutual Global Discover Fund Cl A | D | Dividend | M | T | | | | | |
| 118. Franklin Templeton Income Cl A | B | Dividend | K | T | | | | | |
| 119. American Funds American Balanced Fund Cl R4 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  First Eagle Global Fund Cl C | C | Dividend | L | T | | | | | |
| 121.  Thornburg Income Builder Cl C | B | Dividend | K | T | | | | | |
| 122.  Goldman Sachs Income Builder Funds Cl IR | B | Dividend | K | T | | | | | |
| 123.  Ivy Balanced Funds Cl C | A | Dividend | J | T | | | | | |
| 124.  iShares Edge MSCI Min Vol USA EFT | A | Dividend | K | T | | | | | |
| 125.  Putnam Equity Income Fund Cl C | B | Dividend | K | T | | | | | |
| 126. | | | | | | | | | |
| 127.  (H) Brokerage Account #6 (52) | | | | | | | | | |
| 128.  iShares Russell MidCap ETF | A | Dividend | J | T | | | | | |
| 129.  SPDR S&P 500 ETF TR | A | Dividend | K | T | Sold (part) | 06/22/18 | J | B | |
| 130. | | | | | Sold (part) | 07/20/18 | J | B | |
| 131. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 132. | | | | | Sold (part) | 08/29/18 | K | D | |
| 133.  FMI Large Cap Fund Institutional Class | | None | | | Buy (add'l) | 08/23/18 | J | | |
| 134. | | | | | Sold | 08/29/18 | K | C | |
| 135.  John Hancock Disciplined Value Mid Cap Fund Cl A | A | Dividend | J | T | | | | | |
| 136.  Baird MidCap Fund Institutional Class | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Chartwell Small Cap Value I Share | A | Dividend | J | T | | | | | |
| 138. Gabelli Small Cap Growth Fund Class I | A | Dividend | J | T | | | | | |
| 139. iShares 7-10 Year Treasury Bond ETF (X) | A | Dividend | | | Buy | 02/23/18 | J | | |
| 140. | | | | | Sold | 12/17/18 | J | A | |
| 141. iShares IBOXX $ Invt Grade Corporate Bond ETF | A | Dividend | J | T | Sold (part) | 12/17/18 | J | | |
| 142. Ashmore Emerging Markets Total Ret Fund Cl I | A | Dividend | J | T | | | | | |
| 143. iShares CORE MSCI EAFE ETF | A | Dividend | K | T | Buy (add'l) | 08/23/18 | J | | |
| 144. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 145. iShares CORE MSCI Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 08/23/18 | J | | |
| 146. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 147. iShares Core S&P US Growth ETF | A | Dividend | K | T | Buy (add'l) | 08/23/18 | J | | |
| 148. Vanguard Total World Stock ETF | A | Dividend | J | T | Sold (part) | 07/20/18 | J | A | |
| 149. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 150. Oppenheimer International Growth Fund Y | A | Dividend | K | T | Buy (add'l) | 08/23/18 | J | | |
| 151. Pear Tree Polaris Foreign Value Fund Instl | A | Dividend | K | T | Buy (add'l) | 08/23/18 | J | | |
| 152. iShares Treasury Bond ETF | A | Dividend | J | T | Sold (part) | 01/19/18 | J | | |
| 153. | | | | | Sold (part) | 02/23/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 155. | | | | | Sold (part) | 09/21/18 | J | | |
| 156. | | | | | Sold (part) | 11/09/18 | J | | |
| 157. SPDR Bloomberg Barclays HIgh Yield Bond ETF | A | Dividend | | | Buy (add'l) | 08/23/18 | J | | |
| 158. | | | | | Sold | 10/03/18 | K | | |
| 159. Vaneck Vectors JP Morgan EM Local Currency Bond ETF | A | Dividend | | | Sold | 02/23/18 | J | A | |
| 160. Pimco Investment Grade Corporate Bond Fund P | B | Dividend | K | T | Buy (add'l) | 07/20/18 | J | | |
| 161. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 162. SPDR Portfolio S&P 500 Value ETF | A | Dividend | J | T | Buy | 08/29/18 | J | | |
| 163. AQR US Defensive Equity Fund Cl I | A | Dividend | K | T | Buy | 08/29/18 | K | | |
| 164. LSV Value Equity Fund CL NL | B | Dividend | K | T | Buy | 08/29/18 | K | | |
| 165. iShares 20+ Year Treasury Bond ETF | | None | J | T | Buy | 12/17/18 | J | | |
| 166. iShares JP Morgan USD Emerging Market Bond ETF | A | Dividend | J | T | Buy | 02/23/18 | J | | |
| 167. | | | | | Sold (part) | 06/22/18 | J | | |
| 168. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 169. PIMCO Enhanced Short Mat Active Ex-Traded FD | | None | J | T | Buy | 08/29/18 | J | | |
| 170. | | | | | Sold (part) | 09/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 11/09/18 | J | | |
| 172. Lord Abbett High Yield Fund Cl F | A | Dividend | K | T | Buy | 10/03/18 | K | | |
| 173. | | | | | | | | | |
| 174. (H) IRA #1 (42) | | | | | | | | | |
| 175. First Eagle Global Fund Class C | C | Dividend | L | T | | | | | |
| 176. Blackrock Equity Dividend Fund C | D | Dividend | L | T | | | | | |
| 177. Blackrock Global Allocation Fund C (X) | A | Dividend | K | T | | | | | |
| 178. Blackrock Global Allocation Fund A (X) | A | Dividend | J | T | | | | | |
| 179. Franklin Templeton Mutual Global Discovery Fund Cl C | A | Dividend | J | T | | | | | |
| 180. Franklin Templeton Income C (X) | B | Dividend | J | T | | | | | |
| 181. Franklin Templeton Income Fund Class A (X) | A | Dividend | K | T | | | | | |
| 182. American Funds American Balanced Fund Cl C (X) | B | Dividend | K | T | | | | | |
| 183. American Funds American Balanced F-1 (X) | B | Dividend | K | T | | | | | |
| 184. | | | | | | | | | |
| 185. (H) IRA #2 (43) | | | | | | | | | |
| 186. American Funds American Balanced Fund Cl C (X) | A | Dividend | | | Closed | 11/13/18 | J | | |
| 187. American Funds American Balanced F-1 (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Blackrock Global Allocation Fund Cl C (X) | B | Dividend | | | Closed | 11/09/18 | K | | |
| 189. Blackrock Global Allocation Fund Inc A (X) | A | Dividend | K | T | | | | | |
| 190. | | | | | | | | | |
| 191. (H) IRA #3 (13) | | | | | | | | | |
| 192. JP Morgan Income Builder Cl C (X) | B | Dividend | L | T | Distributed (part) | 11/30/18 | J | | |
| 193. Janus Balanced Fund C | C | Dividend | L | T | | | | | |
| 194. | | | | | | | | | |
| 195. (H) AXA Equitable Flexible Premium Variable Life Insurance #4 | | | | | | | | | |
| 196. - AXA Moderate Allocation Fund | | None | K | T | | | | | |
| 197. | | | | | | | | | |
| 198. Nationwide Life Insurance #2 | | None | K | T | | | | | |
| 199. | | | | | | | | | |
| 200. (H) Cash Accounts #1 | | | | | | | | | |
| 201. Santander Cash Accounts | A | Int./Div. | J | T | | | | | |
| 202. Wells Fargo Cash Accounts | A | Int./Div. | J | T | | | | | |
| 203. UBS Cash Accounts | A | Int./Div. | L | T | | | | | |
| 204. TD Bank Cash Account | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. Real Estate - Rental Property - Verona, Essex County, NJ | E | Rent | O | W | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 9 - This variable annuity does not show or report any dividends, income, or short-term or long-term capital gains on its statements. The value of each investment in the annuity will increase or decrease in any year based upon the performance of each investment. No distributions were made from the annuity.

Line 13 - This variable annuity does not show or report any dividends, income, or short-term or long-term capital gains on its statements. The value of each investment in the annuity will increase or decrease in any year based upon the performance of each investment. No distributions were made from the annuity.

Lines 27 and 192 - A partial transfer was made from IRA #3, Line 192 to Brokerage Account #1, Line 27. This was a required minium annual distribution.

Line 38 - The name of this asset changed from Putnam Investors Fund Cl C to Putnam Multi-Cap Core Fd Cl C.

Line 39 - This variable annuity does not show or report any dividends, income, or short-term or long-term capital gains on its statements. The value of each investment in the annuity will increase or decrease in any year based upon the performance of each investment. No distributions were made from the annuity.

Line 47 - The name of this asset changed from Janus Enterprise Fund Cl C to Janus Henderson Enterprise Fund Cl C.

Line 83- This asset was sold completely on 10/28/18 and repurchased on 12/24/18.

Line 139 - This asset was sold completely in 2017 and repurchased in 2018.

Lines 177-178 - On 11/09/18, 802.12 shares of Class C (Line 177) were exchanged to 722.16 shares of Class A (178).

Lines 180-181 - On 10/22/18, 9270.00 shares of Class C (Line 180) were exchanged to 9433.35 shares of Class A (Line 181).

Lines 182-183 - On 11/13/18, 1461.72 shares of Class C (Line 182) were exchanged to 1452.51 shares of Class A (Line 183).

Lines 186-187 - On 11/13/18, all shares of Class C (Line 186) were exchanged to shares of Class A (Line 187).

Lines 188-189 - On 11/09/18, all shares of Class C (Line 188) were exchanged to shares of Class A (Line 189).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cathy L. Waldor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544